```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 58331
    JASON BROWN
    TONYA BROWN                                 CHAPTER 13

                                                JUDGE: BRUCE W BLACK

        Debtor
    SSN XXX-XX-7374    SSN XXX-XX-9887
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

   1. The case was filed on 10/15/05 and confirmed on 06/21/06.

   2. The case was dismissed after confirmation, 07/20/2007.

   3. The Debtor paid a total of $ 1579.84 .

   4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| LIGHTHOUSE FINANCIAL GRO | SECURED | 731.40 | .00 | .00 |
| ABSOLUTE COLLECTION | UNSECURED | NOT FILED | .00 | .00 |
| ABSOLUTE COLLECTION | UNSECURED | NOT FILED | .00 | .00 |
| ADVANCE TIL PAYDAY | UNSECURED | NOT FILED | .00 | .00 |
| AMERICASH LOANS | UNSECURED | 489.50 | .00 | .00 |
| AMERICASH LOANS | UNSECURED | 804.18 | .00 | .00 |
| AMERICASH LOANS | UNSECURED | 839.15 | .00 | .00 |
| AMERICAN CASH N GO | UNSECURED | NOT FILED | .00 | .00 |
| AMERICASH LOANS | UNSECURED | 839.15 | .00 | .00 |
| BUREAU OF ACCOUNT MGMT | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL RECOVERY SERVICE | UNSECURED | NOT FILED | .00 | .00 |
| CHECK INTO CASH | UNSECURED | NOT FILED | .00 | .00 |
| DFAS DGG CL | UNSECURED | 496.16 | .00 | .00 |
| EQUIDATA | UNSECURED | NOT FILED | .00 | .00 |
| GUARANTEED | UNSECURED | NOT FILED | .00 | .00 |
| ILLINOIS TITLE LOANS | UNSECURED | 1376.44 | .00 | .00 |
| ILLINI CASH ADVANCE | UNSECURED | NOT FILED | .00 | .00 |
| INTERSTATE CREDIT | UNSECURED | NOT FILED | .00 | .00 |
| LCA COLLECTIONS | UNSECURED | NOT FILED | .00 | .00 |
| NATIONAL QUIK CASH | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| NAVY FEDERAL CU | FILED LATE | .00 | .00 | .00 |
| NCO FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| B LINE LLC | UNSECURED | 854.74 | .00 | .00 |
| PAYDAY LOAN STORE OF IL | UNSECURED | NOT FILED | .00 | .00 |
| PAYDAY LOAN STORE OF ILL | UNSECURED | NOT FILED | .00 | .00 |
| RUSSELL COLLECTION | UNSECURED | 146.00 | .00 | .00 |
| STERLING FINANCIAL | UNSECURED | 4165.80 | .00 | .00 |

```
TCF BANK                      UNSECURED      NOT FILED              .00         .00
THE CASH STORE                UNSECURED      NOT FILED              .00         .00
THE CASH STORE                UNSECURED      NOT FILED              .00         .00
LIGHTHOUSE FINANCIAL GRO      UNSECURED         306.78              .00         .00
WACHOVIA BANK                 UNSECURED        1200.46              .00         .00
ASSET ACCEPTANCE CORP         UNSECURED         176.89              .00         .00
MONARCH SERVICES GROUP        UNSECURED         757.80              .00         .00
MONARCH SERVICES GROUP        UNSECURED         824.00              .00         .00
         Summary of disbursements:
-----------------------------------------------------------------------------
                      SECURED      PRIORITY    UNSECURED      OTHER       TOTAL
-----------------------------------------------------------------------------
TOTAL CLMS ALLOWED    731.40           .00     13277.05         .00    14008.45
PRINCIPAL PAID           .00           .00           .00         .00         .00
INTEREST PAID            .00           .00           .00         .00         .00
TOTAL PAID               .00           .00           .00         .00         .00
```

The Debtor's attorney, PATRICK A MESZAROS          , was allowed $   2700.00
and was paid $    800.00   direct and $   1527.33   through the plan.

The Trustee received $      52.51 .

Refunds to the Debtor totaled $        .00 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


    Dated: 10/10/07                 /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE




                              PAGE   2
         CASE NO. 05 B 58331 JASON BROWN & TONYA BROWN